IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMCO INSURANCE COMPANY, | |
| Plaintiff, | 2:08-cv-01355-GEB-JFM |
| v. | <u>AMENDMENTS TO<br>SCHEDULING ORDER</u> |
| BROAN-NUTONE, LLC; JAKEL, INC.,<br>d/b/a Jakel Industries, Inc., | |
| Defendants. | |

On July 1, 2009, the parties filed a stipulation in which they seek to have the expert witness disclosure dates, the discovery completion date and the last hearing law and motion date postponed since they have agreed to private mediation, and desire to continue the dates so they have more time to focus on trying to settle this action. The scheduling dates will be modified as the parties' proposed except for the parties' proposed last motion hearing date; that date is not a regularly scheduled civil law and motion date. However, to grant the parties' request, the final pretrial conference is also rescheduled. Therefore, the Scheduling Order is modified as follows:

(1) Each party shall comply with Federal Rule of Civil Procedure 26(a)(2)(c)(i)'s initial expert witness disclosure

requirements on or before August 31, 2009, and any contradictory and/or rebuttal expert disclosure authorized under Rule 26(a)(2)(c)(ii) on or before September 30, 2009;

    (2)   expert discovery shall be completed by November 30, 2009;

    (3)   the last hearing date for motions is February 8, 2010, commencing at 9:00 a.m.;

    (4)   the final pretrial conference is scheduled to commence at 3:30 p.m. on March 29, 2010.

Dated:  July 2, 2009

                              GARLAND E. BURRELL, JR.
                              United States District Judge