IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| AMCO INSURANCE COMPANY, | ) | |
| Plaintiff, | ) | 2:08-cv-01355-GEB-JFM |
| v. | ) | ORDER |
| BROAN-NUTONE,LLC; JAKEL, INC. doing business in California as JAKEL INDUSTRIES, INC., | ) | |
| Defendants. | ) | |

       Defendant Broan-Nutone LLC ("Broan") and Defendant Jakel Inc. ("Jakel") filed a joint motion for summary judgment on July 22, 2009; however, decision on Broan's motion did not issue because subsequent to argument on the motion Broan filed a bankruptcy notice staying its involvement in this action. Since Broan's bankruptcy stay did not apply to the other parties, an order issued on December 29, 2009, denying Jakel's summary judgment motion.

       Broan recently filed a document in which it states the bankruptcy stay ended late December 2009. Therefore, decision on Broan's July 22, 2009 summary judgment motion will issue. Broan's July 22, 2009 summary judgment motion is denied for the reasons stated in the order filed December 29, 2009.

Dated: January 21, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

1